

U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**
**TAWANA C. MARSHALL, CLERK**
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET



**The following constitutes the ruling of the court and has the force and effect therein described**.

**Signed May 21, 2007**                                                                 **United States Bankruptcy Judge**

---

BTXN 057 (rev. 10/02)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| In Re:<br>Avia Energy Development, LLC | §<br>§<br>§ | Case No.:   05–39339–bjh11 |
| Debtor(s) | § | Chapter No.:   11 |
| Avia Energy Development, LLC  et al. | § | |
| Plaintiff(s) | § | Adversary No.:   05–03658–bjh |
| vs. | § | |
| Carlos Francisco Navarro  et al. | § | |
| Defendant(s) | § | |

## ORDER DENYING MOTION FOR WANT OF PROSECUTION

The Court, after review of the file and docket in the above entitled and numbered case, finds that on January 20, 2006 , Avia Energy Development, LLC, Avia de mexico S. de R.L. de C.V., James C. Musselman filed a Motion for Summary Judgment .

The Court also finds that more than forty–five (45) days have passed since the filing of this Motion and that:

☐ a Certificate of No Objection has not been filed with respect to the Motion as required by N.D. TX L.B.R. 9007.1(d).

☑ no hearing has been requested.

☐ Other:

The Court finds that insufficient action has been taken to obtain the relief sought. It is, therefore

**ORDERED** that the Motion is **DENIED** for want of prosecution without prejudice to refiling.

# # # End of Order # # #